UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY BRODSKY, <br><br> Plaintiff, <br><br> v. <br><br> HILTON WORLDWIDE HOLDINGS, INC.; HYATT HOTELS CORPORATION; MARRIOTT INTERNATIONAL, INC.; WYNDHAM WORLDWIDE CORPORATION; INTERCONTINENTAL HOTEL GROUP; and JOHN AND JANE DOE *et. al* <br><br> Defendants. | Case No. 2:18-cv-13045-KM-JBC |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jay Brodsky ("Plaintiff") and Defendants Six Continents Hotels, Inc., doing business as InterContinental Hotels Group, Hilton Worldwide Holdings, Inc., Marriott International, Inc., and Hyatt Hotels Corporation ("Defendants") (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that any and all claims of Plaintiff against Defendants are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each of the Parties shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with the above-captioned action.

STIPULATED AND AGREED TO THIS 27th DAY OF MARCH, 2019 BY:

*/s/ Jay Brodsky (with consent)*
Jay Brodsky
240 East Shore Road, Apt. 444
Great Neck, NY  11023
Telephone: (973) 568-1666
demcointerexport@yahoo.com

*/s/ Israel Dahan*_____
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
35th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for*
*Six Continents Hotels, Inc.*

*/s/ Allison M. Brown (with consent)*
Allison M. Brown (044992012)
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey 08542-3792
Telephone: (609) 986-1104
allison.brown@weil.com

Carrie C. Mahan *(pro hac vice)*
WEIL GOTSHAL & MANGES LLP
2001 M Street, N.W.
Washington, D.C. 20036
(202) 682-7000
carrie.mahan@weil.com

*Counsel for*
*Hilton Worldwide Holdings, Inc.*

*/s/ Preetha Chakrabarti (with consent)*
Preetha Chakrabarti
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 100022
Tele: (212) 223-4000
Fax: (212) 223-4134

*Counsel for*
*Marriott International, Inc.*

*/s/ Gregory Mortenson (with consent)*
Gregory Mortenson (070542013)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4874
Email: gregory.mortenson@lw.com

*Counsel for*
*Hyatt Hotels Corporation*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on March 27, 2019, he caused a true and correct copy of the foregoing ***Joint Stipulation of Dismissal with Prejudice*** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system.

*/s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
35th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for*
*Six Continents Hotels, Inc.*
