Case No. 2:18-cv-13045　　Brodsky v. Hilton et al　　Page 1 of 2
April 4, 2019　　Dismissal with Prejudice

Jay Brodsky
240 East Shore Road, #444
Great Neck, NY 11023
Telephone: (973) 568-1666
E-mail: demcointerexport@yahoo.com
Plaintiff ProSe on Behalf of Himself

Civil Action No. 2:18-cv-13045-KM-JBC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**THE MATTER OF:**

JAY BRODSKY
PLAINTIFF

*-against-*

WYNDHAM HOTEL GROUP, LLC.
DEFENDANTS

# NOTICE OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| Case No. 2:18-cv-13045 | Brodsky v. Hilton et al | Page 2 of 2 |
| April 4, 2019 | Dismissal with Prejudice | |

1. Pursuant to the Federal Rules of Civil Procedure Rule 41(a) (Fed. R. Civ. P. 63) on this 1st day of March, 2019, Jay Brodsky, (PLAINTIFF) resides at 240 East Shore Road, Apartment 444, Great Neck, New York 11023, duly deposes under penalty of perjury, states that the facts embodied herein are true to the best of his knowledge.

2. **Notice of Dismissal with Prejudice:**

   Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff dismisses with prejudice prior to receiving Wyndham's answer, all claims against Defendant, Wyndham Hotel Group, LLC. Each Party shall bear their own respective costs and attorneys' fees. This Notice of Dismissal disposes of the entire action.

   Signed this 10th day of April, 2019 at Great Neck, New York;

   *[signature]*

   Jay Brodsky, Plaintiff, ProSe





**USPS FIRST CLASS MAIL®**

US POSTAGE & FEES PAID
2 OZ FIRST-CLASS MAIL FLATS RATE
062S0010207814
FROM 11023
RETAIL
stamps endicia
04/10/2019

Jay Brodsky
240 East Shore Road
Apt. 444
Great Neck NY 11023

C014

**SHIP TO:** Honorable Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street, Room 4015
Newark NJ 07102-3570

**Brodsky v. Hilton-Civil Action
2:18cv13045**