Case No. 2:18-cv-13045     Brodsky v. Hilton et al     Page 1 of 2
April 4, 2019     Dismissal with Prejudice

Jay Brodsky
240 East Shore Road, #444
Great Neck, NY 11023
Telephone: (973) 568-1666
E-mail: demcointerexport@yahoo.com
Plaintiff ProSe on Behalf of Himself

Civil Action No. 2:18-cv-13045-KM-JBC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**THE MATTER OF:**

<u>JAY BRODSKY</u>
PLAINTIFF

-against-

<u>WYNDHAM HOTEL GROUP, LLC.</u>
DEFENDANTS

## NOTICE OF DISMISSAL WITH PREJUDICE

Case No. 2:18-cv-13045　　　Brodsky v. Hilton et al　　　Page 2 of 2
April 4, 2019　　　　　　　　Dismissal with Prejudice

1. Pursuant to the Federal Rules of Civil Procedure Rule 41(a) (Fed. R. Civ. P. 63) on this 1st day of March, 2019, Jay Brodsky, (PLAINTIFF) resides at 240 East Shore Road, Apartment 444, Great Neck, New York 11023, duly deposes under penalty of perjury, states that the facts embodied herein are true to the best of his knowledge.

2. **Notice of Dismissal with Prejudice:**

    Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff dismisses with prejudice prior to receiving Wyndham's answer, all claims against Defendant, Wyndham Hotel Group, LLC. Each Party shall bear their own respective costs and attorneys' fees. This Notice of Dismissal disposes of the entire action.

Signed this 10th day of April, 2019 at Great Neck, New York;

*[signature]*

Jay Brodsky, Plaintiff, ProSe

SO ORDERED

*[signature]*

Kevin McNulty, U.S.D.J.

Date: 4/17/2019